# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  CR-11-163-D |
| | ) | |
| BROOKS SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON REVOCATION OF PROBATION

The Court held a final hearing on March 21, 2014, on the petition to revoke Defendant's probation. [Doc. No.6].  The government appeared by Travis Smith, Assistant U.S. Attorney, and Defendant appeared in person and with her counsel, William Earley, Assistant Federal Public Defender. The Court advised Defendant of the allegations contained in the petition.  Defendant acknowledged receipt of the petition and acknowledged having read the same. Defendant understood the allegations contained in the petition and the punishment she faced if the Court revoked her probation.

Defendant stipulated to the violations set forth in the petition, and the Court is satisfied that a factual basis exists for these stipulations.  The Court finds that Defendant violated the terms of conditions of her probation by failing to:  1) refrain from committing additional federal, state, or local crimes; 2) notify her probation officer within seventy-two hours of being

arrested; and 3) submit a written report to her probation officer within the first five days of each month as required.

Accordingly, the Court, after consideration of the provisions of 18 U.S.C. § 3565, and the factors in 18 U.S.C. § 3553 as well as relevant provisions of the advisory Sentencing Guidelines, revokes Defendant's probation and sentences her to six (6) months imprisonment in the custody of the Bureau of Prisons, recommending that the Defendant serve her sentence, if eligible, at the Federal Medical Center, Carswell, Texas. As part of this sentence, the Court imposes a term of 36 months of supervised release after Defendant's release from confinement, and reimposes all previous conditions of her probation during the term of supervised release. As an additional condition, the Court imposes the following:

Defendant must submit to a search of her person, property, or any automobile under her control, to be conducted in a reasonable manner and at a reasonable time, for the purpose of detecting weapons, narcotics, and drug paraphernalia, at the direction of the probation officer upon reasonable suspicion. Further, Defendant must inform any residents of premises she occupies that the premises may be subject to search.

IT IS SO ORDERED this 28th day of March, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE